# Exhibit B

# 2024 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P09000099097

**Entity Name:** ADVON CORPORATION

**FILED**
Mar 01, 2024
Secretary of State
1700083979CC

**Current Principal Place of Business:**

2882 REMINGTON GREEN LANE
TALLAHASSEE, FL 32308

**Current Mailing Address:**

2882 REMINGTON GREEN LANE
TALLAHASSEE, FL 32308 US

**FEI Number:** 27-1623997

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GRAHAM, BILL
2355 CENTERVILLE RD
UNIT 13769
TALLAHASSEE, FL 32308 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                 Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | P | Title | VP |
| Name | GRAHAM, WILLIAM G | Name | BROOKS, SCOTT R |
| Address | 2882 REMINGTON GREEN LANE | Address | 2882 REMINGTON GREEN LANE |
| City-State-Zip: | TALLAHASSEE FL 32308 | City-State-Zip: | TALLAHASSEE FL 32308 |
| Title | VP | Title | TREASURER |
| Name | GIBSON, JEFFREY L | Name | CARUTHERS, DEBORAH J |
| Address | 2882 REMINGTON GREEN LANE | Address | 2882 REMINGTON GREEN LANE |
| City-State-Zip: | TALLAHASSEE FL 32308 | City-State-Zip: | TALLAHASSEE FL 32308 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DEBORAH CARUTHERS                        TREASURER                        03/01/2024

Electronic Signature of Signing Officer/Director Detail                                                Date