UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **KEVIN COOK and** ) | |
| **CABELL GOODMAN,** ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Case No.: 3:24CV00656 |
| ) | |
| **ADVON CORPORATION,** ) | |
| *Defendant.* ) | |

### STATEMENT REGARDING CONSENT TO MAGISTRATE

The Plaintiffs, Kevin Cook and Cabell Goodman, by counsel, pursuant to the Court's Order of October 10, 2024 (ECF No. 6) and 28 U.S.C. § 636(c)(1), do not consent to the referral of this case in its entirety to a Magistrate Judge.

Date: November 5, 2024

Respectfully Submitted,
KEVIN COOK and CABELL GOODMAN
By Counsel

_____*/s/ Blackwell N. Shelley, Jr.*_____
Blackwell N. Shelley, Jr. (VSB # 28142)
Shelley Cupp Schulte, P.C.
3 W. Cary Street
Richmond, VA  23220
(804) 644-9700
(804) 278-9634 [fax]
shelley@scs.law
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November 2024, the foregoing was delivered through the CM/ECF system to be forwarded electronically to counsel of

1

record:

Elizabeth Bailly Bloch, Esquire
THE KULLMAN FIRM APLC
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
EBB@kullmanlaw.com

Eric R. Miller, Esquire
THE KULLMAN FIRM APLC
4605 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70809
EM@kullmanlaw.com

*Counsel for Defendant*

       */s/ Blackwell N. Shelley, Jr.*
Blackwell N. Shelley, Jr. (VSB # 28142)
Shelley Cupp Schulte, P.C.
3 W. Cary Street
Richmond, VA  23220
(804) 644-9700
(804) 278-9634 [fax]
shelley@scs.law
*Counsel for Plaintiff*