IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN COOK AND
CABELL GOODMAN,
    Plaintiffs,

        v.                              Civil Action No.  3:24-cv-00656 (MHL)

ADVON CORPORATION,
    Defendant.

**ORDER**
**(Denying Motion to Continue)**

This matter is before the Court on Defendant's Motion to Continue Settlement Conference (the "Motion to Continue," ECF No. 28).  For the reasons stated during the May 29, 2025 status conference call, the Court will DENY as moot the Motion to Continue.  The Court will hold a follow-up settlement conference on June 25, 2025 at 9:30 A.M.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                /s/ MRC
                                            Mark R. Colombell
                                            United States Magistrate Judge

Richmond, Virginia
Date: May 29, 2025