UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **KEVIN COOK,** *et al.* ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 3:24-cv-656 |
| ) | |
| **ADVON CORPORATION,** ) | |
| ) | |
| *Defendant.* ) | |

**NOTICE OF DEPOSITION OF BILL GRAHAM**

PLEASE TAKE NOTICE that, on behalf of the Plaintiffs, Kevin Cook and Cabell Goodman, and pursuant to Rule 30 of the Federal Rules of Civil Procedure, on the 30th day of June, 2025, beginning at 2:00 p.m. at the office of Shelley Cupp Schulte, P.C., 3 W. Cary St, Richmond, VA 23220, I will take the deposition of Bill Graham, President of Defendant, Advon Corporation, upon oral examination before a court reporter authorized to administer oaths, to be used for all proper purposes allowed under the Federal Rules of Civil Procedure. If for any reason the taking of the deposition does not commence on that day, or if commenced does not conclude on that day, the taking of the deposition will be continued from day to day at the same time and place until the same shall be completed.

        KEVIN COOK
        CABELL GOODMAN
        By Counsel

        _____
        Blackwell N. Shelley, Jr. (VSB # 28142)
        Tim Schulte (VSB #41881)
        Lila S. Shelley (VSB #100026)

Exhibit 1

            Shelley Cupp Schulte, P.C.
            3 W. Cary St.
            Richmond, Virginia 23220
            Tel: (804) 644-9700
            Fax: (804) 278-9634
            shelley@scs.law
            schulte@scs.law
            lshelley@scs.law

            *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

 I certify that a true copy of the foregoing Notice was served by electronic mail this 10th day of June, 2025, on the counsel for the Defendant at the following address:

Elizabeth Bailly Bloch, Esquire
The Kullman Firm APLC
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70809
ebb@kullmanlaw.com

Eric R. Miller, Esquire
The Kullman Firm APLC
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70809
em@kullmanlaw.com