UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **KEVIN COOK,** *et al.*           ) | |
| )  | |
| *Plaintiffs,*          ) | |
| )  | |
| v.                                ) | Civil Action No. 3:24-cv-656 |
| )  | |
| **ADVON CORPORATION,**     ) | |
| )  | |
| *Defendant.*          ) | |

**NOTICE OF DEPOSITION OF DEBBIE CARRUTHERS**

PLEASE TAKE NOTICE that, on behalf of the Plaintiffs, Kevin Cook and Cabell Goodman, and pursuant to Rule 30 of the Federal Rules of Civil Procedure, on the 30th day of June, 2025, beginning at 10:00 a.m. at the office of Shelley Cupp Schulte, P.C., 3 W. Cary St, Richmond, VA 23220, I will take the deposition of Debbie Carruthers, Controller/HR Director of Defendant, Advon Corporation, upon oral examination before a court reporter authorized to administer oaths, to be used for all proper purposes allowed under the Federal Rules of Civil Procedure. If for any reason the taking of the deposition does not commence on that day, or if commenced does not conclude on that day, the taking of the deposition will be continued from day to day at the same time and place until the same shall be completed.

                                                  KEVIN COOK
                                                  CABELL GOODMAN
                                                  By Counsel

                                                  _____
                                                  Blackwell N. Shelley, Jr. (VSB # 28142)
                                                  Tim Schulte (VSB #41881)
                                                  Lila S. Shelley (VSB #100026)

Exhibit 2

        Shelley Cupp Schulte, P.C.
3 W. Cary St.
Richmond, Virginia 23220
Tel: (804) 644-9700
Fax: (804) 278-9634
shelley@scs.law
schulte@scs.law
lshelley@scs.law

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing Notice was served by electronic mail this 10th day of June, 2025, on the counsel for the Defendant at the following address:

Elizabeth Bailly Bloch, Esquire
The Kullman Firm APLC
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70809
ebb@kullmanlaw.com

Eric R. Miller, Esquire
The Kullman Firm APLC
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70809
em@kullmanlaw.com

_____