UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| KEVIN COOK and CABELL GOODMAN, § <br> PLAINTIFFS, § <br> § <br> VERSUS § <br> § <br> ADVON CORPORATION, § <br> DEFENDANT. § <br> § | | CIVIL ACTION NO. 3:24-cv-00656-MHL <br><br> DISTRICT JUDGE M. HANNAH LAUCK |

### DECLARATION DEBORAH CARUTHERS

Pursuant to 28 U.S.C. § 1746, I hereby state the following is true and correct to the best of my knowledge.

1. My name is Deborah "Debbie" Caruthers and I am over the age of majority and competent to testify to the following based on my personal knowledge.

2. I am the Corporate Treasurer and Controller of Advon Corporation.

3. I have held this position from March 1, 2017 to the present.

4. I am 61 years old.

5. I have been diagnosed with a heart condition.

6. On June 18, 2025, I had surgery because of this physical condition.

7. Due to my physical condition, my ability to travel long distances and particularly by airplane, is extremely limited.

8. I have never visited Richmond, Virginia for business related reasons or for personal reasons.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing it true and correct.

Executed on this 24th day of June 2025.

_____
Deborah "Debbie" Caruthers

1

4930-4248-0463, v. 1

Exhibit 5