UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| KEVIN COOK, | ) |
| and | ) |
| CABELL GOODMAN, | ) |
| *Plaintiffs,* | ) |
| v. | ) Civil Action No. 3:24-cv-656 |
| ADVON CORPORATION, a Florida corporation, | ) |
| *Defendant.* | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Kevin Cook and Cabell Goodman, and Defendant, Advon Corporation, through their respective counsel, hereby stipulate that this action and all claims asserted or which could have been asserted herein are dismissed with prejudice, with the consent of all parties and with each party to bear its own costs and attorney's fees. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Court shall retain jurisdiction to enforce the terms of settlement if any dispute should arise.

This 29th day of August, 2025.

KEVIN COOK AND CABELL GOODMAN

By Counsel
/s/ Blackwell N. Shelley, Jr.
Blackwell N. Shelley, Jr. (VSB # 28142)
Tim Schulte, (VSB # 41881)
Lila S. Shelley (VSB # 100026)
Shelley Cupp Schulte, P.C.
3 W. Cary Street
Richmond, VA  23220
(804) 644-9700
(804) 278-9634 [fax]
shelley@scs.law
*Counsel for Plaintiffs, Kevin Cook & Cabell Goodman*

ADVON CORPORATION

By Counsel

/s/ Elizabeth Bailly Bloch
Elizabeth Bailly Bloch, Esq. (VSB # 99695)
Eric R. Miller, Esq. (admitted pro hac vice)
THE KULLMAN FIRM APLC
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
EBB@kullmanlaw.com
EM@kullmanlaw.com

Alexander C. Landin, Esq. (VSB # 99200)
THE KULLMAN FIRM APLC
1100 Poydras Street, Suite 1600
New Orleans, LA 70163-1600
Telephone: (504) 524-4162
Facsimile: (504) 596-4114
ACL@kullmanlaw.com

*Counsel for Defendant, Advon Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Elizabeth Bailly Bloch, Esquire
THE KULLMAN FIRM APLC
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
EBB@kullmanlaw.com

Eric R. Miller, Esquire
THE KULLMAN FIRM APLC
4605 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70809
EM@kullmanlaw.com

Alexander C. Landin, Esq. (VSB # 99200)
THE KULLMAN FIRM APLC
1100 Poydras Street, Suite 1600
New Orleans, LA 70163-1600
Telephone: (504) 524-4162
Facsimile: (504) 596-4114
ACL@kullmanlaw.com

*Counsel for Defendant*

          */s/ Blackwell N. Shelley, Jr.*
Blackwell N. Shelley, Jr. (VSB # 28142)
Shelley Cupp Schulte, P.C.
3 W. Cary Street
Richmond, VA  23220
(804) 644-9700
(804) 278-9634 [fax]
shelley@scs.law
*Counsel for Plaintiffs*